IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LINKON PEREIRA, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:13-cv-01761-JHH-PWG |
| SCOTT HASSELL, et al., | ) |
| Respondents. | ) |

### MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (Doc. # 8), filed January 31, 2014. In their motion, Respondents note that Petitioner was removed from the United States on January 8, 2014. (Doc. # 8-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

**DONE** this the   5th   day of February, 2014.

_____
SENIOR UNITED STATES DISTRICT JUDGE